UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## SENTENCING MINUTES

DEFENDANT _Armando Jorge Herrera_   CASE NO. _07-20177-CR_

DATE _January 18, 2008_   JUDGE JOSE A. GONZALEZ, JR.

Court Reporter _Dawn Whitmarsh_   USPO _____

AUSA _Jerrob Duffy_   Defense Counsel _Oscar Santiago Rodriguez, Esq_

Interpreter _____   Deputy Clerk _Ilma Doefler_

____ Defendant failed to appear - Warrant to be issued - Bond Forfeited.

____ Sentencing cont'd until ____/____/____ at _____am/pm

### JUDGMENT AND SENTENCE

| IMPRISONMENT | YEARS | MONTHS | COUNTS | |
|---|---|---|---|---|
| | | 36 | 1, 3 & 5 | Concurrently |

Comments _____

**Supervised Release** _3 years (Counts 1, 3 & 5) Concurrently_

✓ Maintain employment    ____ Search of person/property    ____ Deportation

✓ Drug/Alcohol treatment    ✓ Financial disclosure    ✓ No debt

✓ No self-employment without permission    _Permissible search and health care business restriction._

Assessment $ _300_    Fine _none_    Restitution: _$287,503 joint and several with co-defendants_

✓ Counts remaining dismissed on Government motion. _2 & 4_

✓ Defendant advised of his right to appeal.

✓ Remanded to U.S. Marshal ____ Release bond pending appeal ____ Voluntary Surrender to

(designated institution or U.S. Marshal) on or before _____

Recommendation to the Bureau of Prisons _designated to correction facility in State of Florida and enrolled in substance abuse program_

_Time in Court : 30 min._